UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                          CASE NO: 08-17559 SBB
DANIEL PAUL MILTERSEN                            CHAPTER 13

JULIA LOUISE MILTERSEN

                    Debtors

            ORDER TO LIMIT AMOUNT TO BE DISTRIBUTED ON A CLAIM

     Upon Motion of the Standing Chapter 13 Trustee, it is:

     ORDERED that the amount to be distributed to claim #7-1 filed by WELLS FARGO
FINANCIAL be limited to $9,980.30.


DATED:  August 7, 2013              THE COURT:




                                    /s/ Sidney B. Brooks
                                    U.S. BANKRUPTCY JUDGE